UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVE JOEL MOFFETT, SR., | Case No. 2:18-CV-01678-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| KEOLIS TRANSIT AMERICA, INC., and DOES 1-10, | |
| Defendants. | |

Before the Court is Defendant Keolis Transit America, Inc.'s Motion for Protective Order (ECF No. 83). The Court has considered Defendant's Motion and Plaintiff's Reply (ECF No. 89). The Court finds the following.

Defendant's Motion seeks an order from the Court protecting it from having to produce a former executive/employee for a deposition noticed by Plaintiff. While Plaintiff opposes Defendant's Motion, Plaintiff does not offer any facts in opposition to Defendant's contention that it no longer employs the individual Plaintiff seeks to depose. In the absence of any factual dispute, and in the presence of Defendant's contention that it no longer employs the individual Plaintiff seeks to depose over whom it apparently has no control, the Court grants Defendant's Motion. This Order does not necessarily prevent the deposition of the individual, but rather prevents Defendant from having to produce the individual for deposition. If Plaintiff wishes to depose the former CEO of Defendant, Plaintiff must subpoena that individual for appearance at deposition.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Protective Order (ECF No. 83) is GRANTED.

DATED: January 22, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1