UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVE JOEL MOFFETT, SR., | Case No. 2:18-CV-01678-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| KEOLIS TRANSIT AMERICA, INC., and DOES 1-10, | |
| Defendants. | |

Before the Court is Defendant Keolis Transit America, Inc.'s Motions for Protective Order (ECF Nos. 98 and 100) and Motions to Shorten Time (ECF Nos. 99 and 101). In its Motions to Shorten Time, Defendant explains that because a deposition of a former executive and the deadline for the eight subpoenas are set for February 7, 2020, and Plaintiff, who is *pro se*, has refused to vacate the deposition and withdraw the subpoenas, shortened time is appropriately granted.

Plaintiff shall be entitled to respond to Defendant's Motions for Protective Order (ECF Nos. 98 and 100) on shortened time. Plaintiff's response shall therefore be due on or before February 5, 2020.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motions for Order Shortening Time (ECF Nos. 99 and 101) are GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have through 5 p.m. on February 5, 2020 to file responses to Defendant's Motions for Protective Order (ECF Nos. 98 and 100). Plaintiff's response shall be limited to the issues raised by Defendant in their respective Motions. Plaintiff's response should be concise.

IT IS FURTHER ORDERED that a reply shall not be permitted except by leave of Court.

DATED: January 30, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1